IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELA LYNN BANKS and
THOMAS GREGORY
BANKS, JR.,

          Plaintiffs,                    Civil Action No. 10-1769

          vs.

CITY OF NEW CASTLE and
JUSTIN CRUM,

          Defendants.

ORDER OF COURT

AND NOW, this __16th__ day of __Sept__, 2011, upon

consideration of the Plaintiffs' "Motion to Amend the Amended Complaint" IT IS

HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiffs shall be allowed to

file a Second Amended Complaint within five (5) days of the entry of this Order of

Court.

BY THE COURT:

Chief Judge Gary L. Lancaster