IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELA LYNN BANKS and
THOMAS GREGORY
BANKS, JR.,

    Plaintiffs,               Civil Action No. 10-1769

vs.

CITY OF NEW CASTLE and
JUSTIN CRUM,

    Defendants.

ORDER OF COURT

AND NOW, this 16th day of Sept, 2011, upon consideration of the Plaintiffs' "Motion to Amend the Amended Complaint" IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiffs shall be allowed to file a Second Amended Complaint within five (5) days of the entry of this Order of Court.

BY THE COURT:

/s/ Gary L. Lancaster
Chief Judge Gary L. Lancaster